COMSTOCK *vs.* CARR.

Judgment of *non-pross* by an *infant* defendant set aside, because he defend-
ed by *attorney,* instead of *guardian.*

March 3.     The defendant, an *infant,* appeared by *attorney* and obtained
judgment of non-pross.  The plaintiff moved to set aside
the judgment on the ground that the defence should have
been made by *guardian.*  Motion granted, but without costs,
as the plaintiff might have compelled a defence by gu-
ardian.